IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHRISTIAN BROADCASTING NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CCBN LLC, d/b/a THE CCBN, <br><br> Defendant. | Civil Action No. _____ <br><br> TRIAL BY JURY DEMANDED |

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

Plaintiff, The Christian Broadcasting Network, Inc. (hereinafter "CBN"), for its complaint against Defendant, The CCBN LLC (hereinafter "CCBN"), alleges as follows:

**INTRODUCTION**

1. This is an action brought by CBN arising under the trademark laws of the United States. CBN seeks an injunction and damages against CCBN for infringement of CBN's federal trademark rights.

**THE PARTIES**

2. CBN is a non-profit, charitable organization that provides cable, broadcast, internet, and satellite transmission services to consumers nationwide and around the world. CBN distributes a variety of news, sports, spiritual, family, child, health, finance, and entertainment programs.

3. CBN was formed and exists under the laws of the Commonwealth of Virginia, with its principal office located at 977 Centerville Turnpike, Virginia Beach, VA 23463. CBN was incorporated in the Commonwealth of Virginia on January 11, 1960.

4. On information and belief, CCBN is a limited liability company organized under the laws of the District of Columbia, having an address at 1618 Allison St. NW, Washington D.C. 20011 and conducting business throughout the District of Columbia.

## JURISDICTION AND VENUE

5. Subject matter jurisdiction is conferred on the Court by 28 U.S.C. §§ 1331 and 1338 for claims arising under 15 U.S.C. §§ 1114 and 1125 of the Lanham Act.

6. Venue in this court is based upon 28 U.S.C. § 1391.

7. CCBN has entered into and conducted business in the District of Columbia in matters relating to the subject in dispute.

## FACTUAL BACKGROUND

8. CBN was founded sixty-three years ago and is one of the largest television ministries in the word.

9. CBN has been using the trademark CBN in connection with a wide variety of broadcasting and entertainment services since as early as January 1969, including but not limited to broadcasting of television shows that include sports topics. In approximately at least as early as 2008, CBN began broadcasting, and has continued to broadcast, programs over the YouTube platform (and elsewhere on other internet platforms), including programs with sports topics.



CBN, https://www1.cbn.com/vod/sports (last visited Mar. 17, 2023).

10. CBN has registered the mark CBN, U.S. Reg. No. 1108225 ("CBN Mark"), and other CBN-formative marks as follows:

| **CBN's Marks** | **International Class** | **Goods/Services** | **First Use in Commerce** |
|---|---|---|---|
| CBN<br>U.S. Reg. No. 1108225 | 38, 41 | 38 - Television broadcasting services; 41 - Entertainment services in the nature of televised, religious, educational, news and variety programs | 01/01/1969 |

| CBN's Marks | International Class | Goods/Services | First Use in Commerce |
|---|---|---|---|
| CBN<br>U.S. Reg. No. 2087580 | 41, 42 | 41 - educational services, namely, seminars, workshops and conferences in the fields of Christian living, finances, marriages, [veterans, and song writing]; 42 - Christian evangelical ministerial services including outreach, counseling, and discipleship | 10/1961 |
| CBN ESPAÑOL<br>U.S. Reg. No. 3691267 | 41 | Entertainment services in the nature of ongoing Internet protocol television programs and programming in the context of Spanish culture and language | 10/17/2007 |
| CBN RADIO<br>U.S. Reg. No. 3799169 | 38 | Radio broadcasting | 11/2008 |
| CBN NEWS<br>U.S. Reg. No. 2520307 | 41 | Entertainment, namely, television news shows | 1980 |
| CBN<br>U.S. Reg. No. 5286207 | 36 | Charitable fundraising | 10/1961 |
| CBN NEWS<br>U.S. Reg. No. 5321978 | 41 | Providing current event news via a global computer network | 10/1999 |

11. CCBN, which has platforms on Twitter and YouTube, provides videos and content related to basketball. CCBN describes itself as "a network that is based out of the DMV. We serve basketball content to sports fanatics and basketball junkies. Through our various podcast, series, documentaries, and highlights we spread knowledge about the current state of the game from youth to professional leagues, promote growth within the sport on and off the court, and share stories of life after playing the sport." https://www.youtube.com/@THECCBN/about.

12. After a reasonable opportunity for further investigation or discovery, it is likely that the evidence will show that CCBN has only recently begun using the mark CCBN in connection with broadcasting programs over the internet featuring highlights about professional basketball ("CCBN's broadcasting services").

13. CCBN's broadcasting services are substantially similar and/or identical to some of the broadcasting services provided by CBN.

14. The CBN Mark is a famous trademark that is entitled to a wide scope of protection. The Trademark Trial and Appeal Board has twice so held. See *The Christian Broadcasting Network, Inc. v. ABS-CBN International*, 84 U.S.P.Q. 2d 1560 (T.T.A.B. 2007); *The Christian Broad. Network, Inc. v. Delicious Ltd.*, No. 91240654, 2020 WL 2063510 (T.T.A.B. Apr. 10, 2020).

15. CCBN has been on notice of the CBN Mark since at least October 7, 2002.

## COUNT I
## TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114(1)

16. CBN hereby re-alleges the allegations of paragraphs 1-15 of this complaint as if fully set forth herein.

17. This cause of action for trademark infringement arises under 15 U.S.C. § 1114(1).

18. CCBN's mark CCBN so closely resembles the CBN Mark in appearance, sound, connotation, commercial impression, and meaning that the use in commerce by CCBN of the CCBN mark in connection with CCBN's broadcasting services is likely to cause confusion, mistake, or deception and will injure and damage CBN and the goodwill and reputation symbolized by CBN's registered CBN Mark.

19. After a reasonable opportunity for further investigation or discovery, it is likely that the evidence will show that CCBN's infringing activities commenced, and have continued, despite

CCBN's knowledge of CBN's rights in the CBN Mark, and/or with CCBN's knowledge that CCBN does not have the right to use the CBN Mark in commerce.  Discovery also will likely show the CCBN's infringing acts were intentional.

20. By the foregoing acts and otherwise, CCBN will continue to infringe CBN's rights in its CBN Mark unless restrained by this Court.

21. As a result of CCBN's trademark infringement, CBN has suffered and continues to suffer irreparable injury, for which CBN has no adequate remedy at law.

## COUNT II
## TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1125(a)
## (FEDERAL COMMON LAW)

22. CBN hereby re-alleges the allegations of paragraphs 1-21 of this complaint as if fully set forth herein.

23. This cause of action for trademark infringement arises under 15 U.S.C. § 1125(a), and does not require a federal trademark registration.

24. The CBN Mark is inherently distinctive or, in the alternative, have acquired secondary meaning.

25. CCBN's CCBN mark so closely resembles the CBN Mark in appearance, sound, connotation, commercial impression, and meaning that the use in commerce by CCBN of the CCBN mark in connection with CCBN's broadcasting services is likely to cause consumer confusion, mistake, or deception as to the affiliation, connection, or association of CCBN with CBN, and/or as to the origin, sponsorship, or approval of CCBN's services by CBN.  This will injure and damage CBN and the goodwill and reputation symbolized by the CBN Mark.

26. After a reasonable opportunity for further investigation or discovery, it is likely that the evidence will show that CCBN's infringing activities commenced, and have continued, despite

CCBN's knowledge of CBN's rights in the CBN Mark, and/or with CCBN's knowledge that CCBN does not have the right to use the CBN Mark in commerce.

27. By the foregoing acts and otherwise, CCBN will continue to infringe CBN's rights in its CBN Mark unless restrained by this Court.

28. As a result of CCBN's trademark infringement, CBN has suffered and continues to suffer irreparable injury, for which CBN has no adequate remedy at law.

**WHEREFORE, Plaintiff CBN prays for the following relief:**

1. A finding that CCBN has infringed the CBN Mark.

2. An injunction permanently enjoining CCBN and its directors, officers, agents, servants, employees and all other persons in active concert or privity or in participation with it, from:

   a. directly or indirectly infringing or misappropriating the CBN Mark;

   b. continuing to advertise, promote, sell or offer to sell any products or services which infringe or misappropriate the CBN Mark; and

   c. assisting, inducing, or aiding or abetting any other person or entity in engaging in any of the activities prohibited in subparagraphs (a) through (b) above.

3. An order requiring CCBN to file with the Court and serve on CBN, within 30 days after service of the Court's order as herein prayed, a report (or other form of proof) in writing under oath setting forth in detail the manner and form in which CCBN has complied with the Court's injunction.

4. A judgment entered for CBN and against CCBN for all damages sustained by CBN for CCBN's acts of trademark infringement, including CCBN's profits, any damages sustained by CBN, costs and attorneys' fees of this action, and treble damages.

5. An accounting from CCBN for all gains, profits, and advantages derived from its acts of trademark infringement as alleged herein.

6. An order requiring that all gains, profits, and advantages derived by CCBN from its acts of trademark infringement as alleged herein be deemed to be in constructive trust for the benefit of CBN.

7. An order for such other, further, and different relief as the Court deems proper under the circumstances, including punitive damages if appropriate pursuant to the evidence of record.

## JURY DEMAND

Plaintiff CBN hereby demands a trial by jury on all issues so triable.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated:  March 27, 2023 | By: | /s/Theresa A. Roozen |

Theresa A. Roozen (Bar ID: 1033756)
**Pillsbury Winthrop Shaw Pittman LLP**
theresa.roozen@pillsburylaw.com
1200 17th St NW,
Washington, DC 20036
Phone: 202.663.8000
Fax: 202.663.8007

Patrick J. Arnold Jr. (*pro hac forthcoming*)
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois  60661
Telephone:  (312) 775-8000
Facsimile: (312) 775-8100
E-Mail: parnold@mcandrews-ip.com

Attorneys for Plaintiff,
The Christian Broadcasting Network, Inc.